IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR, | No. C 09-2086 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY MOTION TO DISMISS BY DEFENDANT GREENPOINT MORTGAGE SHOULD NOT BE GRANTED WITHOUT LEAVE TO AMEND** |
| v. | |
| U.S. BANK, N.A., et al., | |
| Defendants. | |

Defendant Greenpoint Mortgage Funding, Inc. filed a motion to dismiss plaintiff's complaint on June 17, 2009. Plaintiff's opposition was due on July 24, 2009. However, plaintiff, who is represented by counsel, failed to oppose defendants' motion. **The Court orders plaintiff's counsel to file a declaration by August 5, 2009 showing cause, if any there be, why this motion should not be granted without leave to amend**. The August 14, 2009 hearing on defendant's motion to dismiss is VACATED and will be rescheduled as/if necessary. Failure to comply with this deadline will result in dismissal of plaintiff's claims against defendant Greenpoint without leave to amend.

**IT IS SO ORDERED.**

Dated: July 29, 2009

_____
SUSAN ILLSTON
United States District Judge