CARLO O. REYES, ESQ, SBN 226150
The Law Offices of Carlo O. Reyes
22122 Sherman Way, Suite 203
Canoga Park, CA 91303
Tel No: (818) 883-8838
Fax No: (818) 883-8118
Email: CarloReyes@att.net

Attorney for Plaintiff Lourdes Distor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| LOURDES DISTOR, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C09-01940 PVT<br><br>**PLAINTIFFS REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Sched. Conf: November 20, 2009<br>Time: 2:30 p.m.<br>Ctrm: 10 (S. 1st Street)<br>Judge: Hon. Susan Illston |

///
///
///
///
///
///
///
///

- 1 -

TO THE HONORABLE SUSAN ILLSTON, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Lourdes Distor's counsel, Carlo O. Reyes resides and works in the Los Angeles area. He respectfully requests that the Court allow him to appear at the November 20,2009 Case Management Conference in this matter by telephone, pursuant to Local Rule 16-10(a).

Dated : September 17,2009

By /s/ Carlo O. Reyes

Carlo O. Reyes
The Law Offices of Carlo O. Reyes
Attorneys for Plaintiff

- 2 -

CARLO O. REYES, ESQ, SBN 226150
The Law Offices of Carlo O. Reyes
22122 Sherman Way, Suite 203
Canoga Park, CA 91303
Tel No: (818) 883-8838
Fax No: (818) 883-8118
Email: CarloReyes@att.net

Attorney for Plaintiff Lourdes Distor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| LOURDES DISTOR, an Individual | Case No.: 3:09-cv-02086-SI |
| Plaintiff, | [Honorable Susan Illston] |
| vs. | **[Proposed] ORDER GRANTING PLAINTIFFS VALLE REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| U.S. BANK, N.A., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation, and DOES 1 through 10, inclusive, | Local Rule 16-10(a) |
| Defendants. | |

///
///
///
///
///
///
///
///
///

- 3 -

REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-10(a), counsel for Plaintiff Lourdes Distor, can appear telephonically at the November 20, 2009 Case Management Conference in this matter.

IT IS SO ORDERED.

DATE: _____

*Susan Illston* (signature)

Honorable Susan Illston
Judge of the U.S. District Court

Submitted by:

/s/ Carlo O. Reyes

Carlo O. Reyes
The Law Offices of Carlo O. Reyes
22122 Sherman Way Suite 203
Canoga Park, CA 91303
Phone: (818)883-8838
Fax: (818)883-8118

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 22122 Sherman Way Suite 203, Canoga Park, CA 91303.

On September 17, 2009, I served the following document(s) described as:

**Plaintiffs Request to Appear Telephonically at Case Management Conference**

on the persons below as follows:

E. Scott Palmer          Attorney for Defendant, GMAC Mortgage, LLC
spalmer@pldlawyers.com

Frederick A. Haist
fhaist@pldlawyers.com

Kalama M. Lui-Kwan       Attorney for Defendant, Greenpoint Mortgage Funding, Inc.
kml@severson.com

Sunny S. Huo
ssh@severson.com

[X] (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF System.

[ ] (BY TELECOPIER) I caused such document to be delivered by telecopy transmission to the offices of the addressee.

[ ] (BY MAIL) I enclosed the document in a sealed envelope or package addressed to the persons at the addresses as indicated above and:
[ ] deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.
[ ] place the envelop or package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is place for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope or package with postage fully prepaid.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the law of the United States of America that the above is true and correct.

Executed on September 17, 2009, at Los Angeles, California.

/s/ Warren P. Oen

Warren P. Oen

PLAINTIFFS REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE