PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. BANK N.A., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 09-cv-2086 SI<br><br>[Honorable Susan Illston]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GMAC MORTGAGE, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING**<br><br>DATE:    October 9, 2009<br>TIME:    9:00 a.m.<br>PLACE:  Courtroom 10<br><br>**[filed: May 13, 2009]** |

///
///
///
///
///
///
///
///
///

-1-
[PROPOSED] ORDER GRANTING GMAC'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant GMAC Mortgage, LLC's request that Matthew J. Esposito of Palmer, Lombardi & Donohue LLP, counsel for Defendant GMAC Mortgage, LLC, can appear telephonically at the October 9, 2009, motion to dismiss hearing in this matter is granted.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston,
Judge of the U.S. District Court

Submitted by:

/s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440