PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR, an individual, | Case No. 09-cv-2086 SI |
| Plaintiff, | [Honorable Susan Illston] |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANT GMAC MORTGAGE, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| U.S. BANK N.A., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; and DOES 1 through 10, inclusive, | DATE: November 20, 2009<br>TIME: 2:30 p.m.<br>PLACE: Courtroom 10 |
| Defendants. | **[filed: May 13, 2009]** |

///
///
///
///
///
///
///
///
///

-1-
[PROPOSED] ORDER GRANTING GMAC'S REQUEST TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 16-10(a), counsel for Defendant GMAC Mortgage, LLC can appear telephonically at the November 20, 2009 Case Management Conference in this matter.

IT IS SO ORDERED.

DATED: _____

_____
Honorable Susan Illston,
Judge of the U.S. District Court

Submitted by:

/s/ Frederick A. Haist
E. SCOTT PALMER
FREDERICK A. HAIST
PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440