IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR, | No. C 09-2086 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY PLAINTIFF'S COUNSEL FAILED TO APPEAR** |
| v. | |
| U.S. BANK, N.A., et al., | |
| Defendants. | |

Defendants' motions to dismiss the complaint came on regularly for hearing on October 9, 2009. Defense counsel appeared. Plaintiff's counsel did not appear, nor did he contact the Court concerning a telephone or other remote appearance, or request a postponement, or explain his absence.

Accordingly, plaintiff's counsel is **ORDERED TO SHOW CAUSE, in writing to be filed no later than October 30, 2009**, why he failed to appear and whether this action should be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 22, 2009

SUSAN ILLSTON
United States District Judge