PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR, an individual, | Case No. 09-cv-2086 SI |
| Plaintiff, | [Honorable Susan Illston] |
| vs. | |
| U.S. BANK N.A., a Delaware Corporation; GMAC MORTGAGE, LLC, a Delaware Corporation; GREENPOINT MORTGAGE FUNDING, INC., a New York Corporation; and DOES 1 through 10, inclusive, | **ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AS AGAINST GMAC MORTGAGE, LLC**<br><br>**[FRCP 41(a)]** |
| Defendants. | [filed: May 13, 2009] |

    WHEREAS, Plaintiff Lourdes Distor and Defendant GMAC Mortgage, LLC, stipulated, pursuant to FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a), that all claims and demands asserted by Plaintiff Lourdes Distor against Defendant GMAC Mortgage, LLC in this action shall be dismissed with prejudice, each party to bear her or its own costs and attorneys fees; and

    WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

///

- 1 -
ORDER FOR DISMISSAL WITH PREJUDICE

1   IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff
2   Lourdes Distor in this action shall be and hereby are dismissed with prejudice, each
3   party to bear her or its own costs and attorneys' fees.
4
5   DATED: _____
6
7                                          _____
8                                          Honorable Susan Illston
                                           Judge of the U.S. District Court
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PALMER, LOMBARDI & DONOHUE LLP
888 West 6th Street, 12th Floor
Los Angeles, California 90017

- 2 -
ORDER FOR DISMISSAL WITH PREJUDICE