SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
GREENPOINT MORTGAGE FUNDING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOURDES DISTOR,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. BANK, N.A., *et al.*,<br><br>        Defendants. | Case No.: 3:09-cv-2086-SI<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF COMPLAINT AS AGAINST DEFENDANT GREENPOINT MORTGAGE FUNDING, INC.** |

WHEREAS, plaintiff Lourdes Distor and defendant GreenPoint Mortgage Funding, Inc. stipulated, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that plaintiff Lourdes Distor shall voluntarily dismiss and has voluntarily dismissed all claims and demands in the above-captioned action against defendant GreenPoint Mortgage Funding, Inc. with prejudice, each party to bear her or its own costs and attorneys fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

**IT IS HEREBY ORDERED** that all claims and demands in the above-captioned action against defendant GreenPoint Mortgage Funding, Inc. shall be and hereby are dismissed with prejudice, each party to bear her or its own costs and attorneys fees.

**IT IS SO ORDERED.**

DATED: _____ _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

Submitted by:

SEVERSON & WERSON
A Professional Corporation
  Sunny S. Huo
  Kalama M. Lui-Kwan


  /s/ *Kalama M. Lui-Kwan*
     Kalama M. Lui-Kwan

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439